UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:07-cr-513-T-26TBM

MARK WILLIAM SMITH
_____/

## ORDER

THIS COURT has for consideration the Motion for Exoneration and Release of Cash Bond (Dkt. 40). After thorough review of the case the motion is hereby GRANTED and the bond is exonerated. The Clerk is directed to return the sum of $25,000.00, plus accrued interest, if any, to **Gerald Smith, II, 2507 Whisper Lane, Valrico, FL, 33594**.

DONE AND ORDERED at Tampa, Florida, on September 2, 2008.

RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE

COPIES FURNISHED TO:
Counsel of Record
Shirley Hollon, Finance Clerk
Gerald Smith, II, 2507 Whisper Lane, Valrico, FL, 33594 (Owner of Bond)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:07-cr-513-T-26TBM

MARK WILLIAM SMITH

## APPEARANCE BOND

Surety: We, the undersigned, jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $25,000.00, and there has been a deposit made into the Registry of the Court.

The conditions of this bond are that the defendant MARK WILLIAM SMITH is to appear before this Court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this Court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified, then this bond is to be void, but if the defendant fails to appear as ordered, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on January 15, 2008.

Defendant: _[signature]_

Surety: _[signature]_ Gerald Smith
Address: 20033 Bluff Oak Blvd
Phone Number: 813-629-2578
Address: 2507 Whisper Lane

Surety: _[signature]_
Address: Valrico, FL 33594

Signed and acknowledged before me on January 15, 2008.

Deputy Clerk: _[signature]_

U.S. Marshal Deputy: _[signature]_

Approved by: _[signature]_
MARY S. SCRIVEN
UNITED STATES MAGISTRATE JUDGE

AO 98 (Rev. 12/03) Appearance Bond